# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LANCASTER COUNTY | : No. 56 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| PENNSYLVANIA LABOR RELATIONS BOARD | : |
| | : |
| | : |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 89, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| PETITION OF: AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 89, | : |
| | : |
| Intervenor | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of September, 2014, the Petition for Allowance of Appeal

is **GRANTED**. The issues, as stated by Petitioner, are:

1. Did the Commonwealth Court err in reversing the [PLRB's] final order determining that the County of Lancaster discharged Adam Medina and Tommy Epps in violation of the Public Employe Relations Act, where the court exceeded the limited standard of review?

2. Did the Commonwealth Court err in reversing the Board's order affirming the hearing examiner's finding of an independent violation of Section 1201(a)(1) of the Public Employe Relations Act, without remand to the board?